UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| APRIL JANOWSKY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 7:17-CV-246-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 20] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 14] is DENIED, defendant's motion for judgment on the pleadings [D.E. 16] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on December 20, 2018, and Copies To:**
| | |
|---|---|
| Kristin G. Oakley | (via CM/ECF electronic notification) |
| Maria Concetta Mayo | (via CM/ECF electronic notification) |
| Jamie D.C. Dixon | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
December 20, 2018　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　　Deputy Clerk